James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Dana M. Reedy (State Bar No. 239970)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       dreedy@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN McAFEE, | No. C 06-0593 JSW |
| Plaintiff, | Before the Honorable Jeffrey S. White |
| vs. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| Defendants. | Conference Date:  October 13, 2006<br>Conference Time:  1:30 p.m.<br>Location:  Courtroom 2, 17th Fl., SF |

1  For the reasons set forth in the Joint Case Management Conference Statement, the Court
2  hereby VACATES ~~continues~~ the October 13, 2006, Case Management Conference ("CMC") ~~to~~
3  ~~_____, at _____, by which time this case will likely have been transferred to~~
4  ~~the Eastern District of New York as part of MDL No. 1596 — In re Zyprexa Liability Litigation~~.  In
5  the event this case is not transferred to the MDL ~~far enough in advance of the new CMC date, the~~
6  ~~parties shall file a Joint CMC Statement at least 7 calendar days before the new CMC date.~~
7  the parties shall file a joint request to have the matter put back on calendar.

10  IT IS SO ORDERED

11  DATED: October 4, 2006
                _____.

13  _____
    The Honorable Jeffrey S. White

REED SMITH LLP
A limited liability partnership formed in the State of Delaware